In the Matter of the Estate of Louis A. Cohn, Deceased. Bessie Rothman, as Administratrix of the Estate of Bertie Cohn, Deceased, Respondent; Nathan Berk, Appellant.

Argued October 14, 1948; decided November 18, 1948.

*Homer I. Harris* for appellant.

*Clarence G. Bachrach, Herman S. Bachrach* and *Joseph W. Gottlieb* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.